BENJAMIN M. GRUENSTEIN and JOSEPH L. B. MAYER, Appellants,
  *v.* "ABRAHAM" LEVY, First Name of Tenant Being Fictitious
  and Unknown to Petitioners, Respondent.

Supreme Court, Appellate Term, First Department, February Term — Filed
March, 1923.

**Landlord and tenant — New York city — rent laws do not apply to tenants
entering after October 1, 1920.**

The rule that the rent laws do not apply to tenants whose occupation of leased
  premises began after October 1, 1920, has not been changed by chapter 644
  of the Laws of 1922.

APPEAL by landlords from so much of the final order entered
in summary proceedings for non-payment of rent by the Municipal
Court of the city of New York, borough of Manhattan, second
district, awarding possession of the premises described in the petition
to them, as fixes the amount of rent to be paid by the tenant at
the sum of twenty dollars per month, after a trial before the court
without a jury.

*Nathan D. Stern,* for appellants.

*Louis Mischell,* for respondent.

*Per Curiam.*    The tenant leased premises belonging to the land-
lords on the 15th day of October, 1922, and agreed to pay a rental
of twenty-five dollars per month.   She paid that rent for one month
in advance but refused to pay the same rent the following month.
The landlord thereupon brought summary proceedings for non-
payment of rent.   The trial justice after a somewhat informal
hearing fixed the rental at twenty dollars per month.   The tenant
is concededly liable for the full rental she agreed to pay unless
she can take advantage of the provisions of the rent laws, and
under the authority of the decision of the Appellate Division in
the case of *Farnham Realty Corp.* v. *Posner,* 200 App. Div. 827, we
are constrained to hold that the rent laws do not apply to tenants
whose occupation of the premises began after October 1, 1920,
and we cannot find that the enactment of the amendment by
chapter 664 of the Laws of 1922 has changed the rule announced
by the Appellate Division.

Final order modified by striking therefrom the provision fixing
the amount of rent, and as so modified affirmed, with five dollars
costs to appellant.

Present: LEHMAN, LYDON and BURR, JJ.

Order modified.